```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALEXANDER BIBICHEFF,

                    Plaintiff,

     -against-                                                    JUDGMENT
                                                                  CV-13-1305 (DRH)(GRB)
ERIC H. HOLDER, JR., in his official capacity
as U.S. Attorney General, JANET ANN                               FILED
NAPOLITANO, in her official capacity as                           CLERK
Secretary of the U.S. Department of Homeland
Security, DAVID AGUILAR, in his official                          9/25/2014 1:36 pm
capacity as Dirctor of the U.S. Immigration and
Customs Enforcement, JOHN S. PISTOLE, in                          U.S. DISTRICT COURT
his official capacity as Administrator for the                    EASTERN DISTRICT OF NEW YORK
Transportation Security Administration,                           LONG ISLAND OFFICE

                    Defendants.
------------------------------------------------------------X
```

A Memorandum and Order of Honorable Denis R. Hurley, United States District Judge, having been filed on September 23, 2014, granting Defendants' motion to dismiss pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, it is

**ORDERED AND ADJUDGED** that Plaintiff take nothing of Defendants; and that Defendants' motion to dismiss pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure is hereby granted.

Dated:  Central Islip, New York
        September 25, 2014

                                                    DOUGLAS C. PALMER
                                                    CLERK OF THE COURT

                                          By:       /s/ Catherine Vukovich
                                                    Deputy Clerk